SEALED

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**



FILED

JUN 12 2024

BONNIE HACKLER
Clerk, U.S. District Court

By_____
　　　　Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff,* | **SEALED** |
| v. | Case No. **CR 24-094 RAW** |
| JEFFREY SCOTT PINKSTON, | |
| *Defendant.* | |

## I N D I C T M E N T

The Federal Grand Jury charges:

### COUNT ONE

### RECEIPT OF CERTAIN MATERIAL INVOLVING THE SEXUAL EXPLOITATION OF A MINOR
### [18 U.S.C. §§ 2252(a)(2) & (b)(1)]

Beginning in or about November 2022, and continuing until on or about the date of this indictment, in the Eastern District of Oklahoma, the defendant, **JEFFREY SCOTT PINKSTON**, did knowingly receive and attempt to receive any visual depiction using any means and facility of interstate and foreign commerce and that has been mailed and shipped and transported in and affecting interstate and foreign commerce, and which contains materials which have been mailed and so shipped and transported, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, as that term is defined in Title 18, United States Code, Section 2256(2), and said visual depiction was of such sexually explicit conduct, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT TWO

### POSSESSION OF CERTAIN MATERIAL INVOLVING
### THE SEXUAL EXPLOITATION OF A MINOR
### [18 U.S.C. §§ 2252(a)(4)(B) & (b)(2)]

Beginning in or about November 2022, and continuing until on or about the date of this indictment, in the Eastern District of Oklahoma, the defendant, **JEFFREY SCOTT PINKSTON,** did knowingly possess and access with the intent to view, one or more matters which contained visual depictions the production of which involved the use of a minor engaging in sexually explicit conduct, as that term is defined in Title 18, United States Code, Section 2256(2), including visual depictions of prepubescent minors and minors who had not attained twelve years of age, and said visual depictions are of such sexually explicit conduct and had been transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and which was produced using materials which have been so shipped and so transported, by any means including by computer, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

## COUNT THREE

### ATTEMPTED POSSESSION OF CERTAIN MATERIAL INVOLVING
### THE SEXUAL EXPLOITATION OF A MINOR
### [18 U.S.C. §§ 2252(a)(4)(B) & (b)(2)]

Beginning in or about November 2022, and continuing until on or about the date of this indictment, in the Eastern District of Oklahoma, the defendant, **JEFFREY SCOTT PINKSTON,** did knowingly attempt to possess and access with the intent to view, one or more matters which contained visual depictions the production of which involved the use of a minor engaging in sexually explicit conduct, as that term is defined in Title 18, United States Code, Section 2256(2), including visual depictions of prepubescent minors and minors who had not attained twelve years of age, and said visual depictions are of such sexually explicit conduct and had been transported

using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and which was produced using materials which have been so shipped and so transported, by any means including by computer, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

## FORFEITURE ALLEGATION
### [18 U.S.C. § 2253]

1.      The allegations contained in Counts One, Two, and Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 2253.

2.      Upon conviction of the violations charged in Counts One, Two, and Three of this Indictment involving violations of Title 18, United States Code, Sections 2252(a)(2), (a)(4)(B), (b)(1), and (b)(2), the defendant, **JEFFREY SCOTT PINKSTON**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all of the defendant's right, title and interest in:

a)      any visual depiction described in section 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of chapter 110 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received;

b)      any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and

c)      any property, real or personal, used or intended to be used to commit or to promote the commission of the offense or any property traceable to such property.

A TRUE BILL:

CHRISTOPHER J. WILSON
United States Attorney

JESSIE K. PIPPIN, OBA # 33905
Assistant United States Attorney

Pursuant to the E-Government Act,
the original indictment has been filed
under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY